Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
## for the
District of Columbia
_____ Division

Case No. _____
(to be filled in by the Clerk's Office)

Case: 1:24-cv-03213
Assigned To : Unassigned
Assign. Date : 10/31/2024
Description: Pro Se Gen. Civ. (F–DECK)

MAY CHEN et. al.
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

All Black people
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: MAY CHEN et. al.
Street Address: Fraudulently demolished by Black County
City and County:
State and Zip Code:
Telephone Number:
E-mail Address: nationalhealthcarefdn@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 6

RECEIVED
OCT 31 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**
Name: All Black people in District of Columbia
Job or Title (if known): Attorney General
Street Address: 441 4th Street NW
City and County: DC
State and Zip Code: 20001
Telephone Number:
E-mail Address (if known): chad.copeland@dc.gov et.al.

**Defendant No. 2**
Name: All Black people in State of Maryland
Job or Title (if known): Attorney General
Street Address: 200 St. paul place
City and County: Baltimore
State and Zip Code: Maryland
Telephone Number:
E-mail Address (if known): civilrights@oag.state.md.us

**Defendant No. 3**
Name: All Black people in State of California
Job or Title (if known): Attorney General
Street Address: 1300 I Street
City and County: Sacramento
State and Zip Code: CA 93814
Telephone Number:
E-mail Address (if known): stateinfo@state.ca.gov

**Defendant No. 4**
Name: All Black people in State of Texas
Job or Title (if known): Attorney General
Street Address: P.O. Box 12548
City and County: Austin
State and Zip Code: Texas 78711
Telephone Number:
E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question** persecution, Intentional Harm

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 18 U.S.C. 373; 8 C.F.R 208; 18 U.S.C. 35; 18 U.S.C 6; 42 U.S.C; 5 U.S.C. 3115; 29 C.F.R. 1614.50; ADEA 1967 Equal Pay 1963; 5 U.S.C. 2302; 38 U.S.C. 4214; All applicable law, code, reg.

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* MAY CHEN et.al., is a citizen of the State of *(name)* United States.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   
   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* All Black people, is a citizen of the State of *(name)* United States. Or is a citizen of *(foreign nation)* foreign country.

     b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$590000000000000000000 U.S. Dollars
Criminal prosecution
Barring Notice, Injunction Relief forever

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

State of Texas
State of California
State of Maryland
District of Columbia
All other places in or Out of United States

B.    What date and approximate time did the events giving rise to your claim(s) occur?

State of Texas 1998 Intervene
State of California 2002 Intervene
State of Maryland 2012 - Current (criminal threat, trespassing, fraudulent demolition, wrongful tax sale, theft, Burglary, false police report, wrongful judgment, deprive rights etc. Wrongful confinement
District of Columbia 2018 - Current (Theft, aggravated robbery, aggravated assault, simple assault, carjacking, repeated tickets, criminal robbery, repeated bullying; wrongful hospitalization et

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. Violation of civil liberty in four states: Texas, California, Maryland and District of Columbia by intentionally intervene and create matter such as: wrongful confinement, false police reports to ruin plaintiff clearance and dignity state by state.
2. Economic damages and losses such as: Housing demolition and wrongful tax sale, theft of Bank deposit, Vandalism vehicle er
3. Employment Discrimination from 2002 - 2024 by owe plaintiff $200000 per year and career damages, punitive damages, Health damages, life damages etc.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1. Repeated persecution and intentional harm from 1998 to 2024. The long-term persecution caused severe irreparable injuries to plaintiff such as: repeatedly ruin clearance and dignity which is irreparable damages. Time loss: 30 years. Whole life damage.
2. Civil Rights violations: Both Housing and Employment caused huge economic losses $5900000000000000000000 U.S. Dollars

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Criminal prosecution (Completely adversary forever)
2. Monetary penalty: $5900000000000000000000 U.S. Dollars
3. Permanent Barring Notice, Injunction Relief against All Black People forever.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _October 31, 2024_

Signature of Plaintiff: _On File (MC)_
Printed Name of Plaintiff: _May CHEN et. al._

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____